**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 05-1964

_____

BARRY GREEN, JR.,

Plaintiff - Appellant,

versus

WILLIAM K. SUTER, Clerk; CLAYTON R. HIGGINS,
JR.,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Cameron McGowan Currie, District
Judge.   (CA-05-1674-3)

_____

Submitted:  January 31, 2006        Decided:  February 10, 2006

_____

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Barry Green, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Barry Green, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Green v. Suter, No. CA-05-1674-3 (D.S.C. Aug. 18, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED